**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Gregory J. Alexander

Appellate case number:   01-20-00818-CV

Trial court case number: 2020-46943

Trial court:               295th District Court of Harris County

       Relator, Gregory J. Alexander, has filed an emergency motion for temporary relief, asking this Court to stay the trial court's November 10, 2020 order compelling relator's answers and responses to interrogatories and requests for production propounded by real party in interest, Thomas Lee Bartlett.

       Relator's motion is **denied.**

       It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                           Acting individually

Date:  December 17, 2020